**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1549

JAIME GARCIA; ELVIRA GARCIA,

Plaintiffs - Appellants,

versus

RONALD D. KIRSTIEN, O'Stein Brothers L.P. No.
4; HARVEY ROTHSTEIN, O'Stein Brothers L.P. No.
4; RANDY HABECK,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(CA-01-103-BEL-1)

Submitted:  April 28, 2006          Decided:  June 7, 2006

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David F. Albright, Baltimore, Maryland, for Appellants.  Craig
David Roswell, Matthew A. Swartz, NILES, BARTON & WILMER, L.L.P.,
Baltimore, Maryland; Patrick John Kearney, SELZER, GURVITCH,
RABIN & OBENCY, CHTD., Bethesda, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jaime and Elvira Garcia appeal from the district court's orders granting summary judgment in favor of the Defendants and denying their motion to alter or amend the judgment. We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and orders and find no reversible error. Accordingly, we affirm. <u>See</u> <u>Garcia v. Kirstien</u>, No. CA-01-103-BEL-1 (D. Md. filed Sept. 30, 2004 & entered Oct. 1, 2004; filed Apr. 8, 2005 & entered Apr. 11, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>